USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN-MAY HOLDINGS, LLC,

                Appellant,

    -against-

ROBERT L. GELTZER,

               Appellee.
------------------------------------------------------------X

In re:

KOLLEL MATEH EFRAIM, LLC,

               Debtor.
------------------------------------------------------------X

13 **CIVIL** 6643 (RJS)

(Bankruptcy Appeal)

**JUDGMENT**

    Now before the Court is the motion of bankruptcy trustee Robert Geltzer ("Appellee") to dismiss the appeal filed by Helen-May Holdings, LLC ("Appellant"), based on Appellant's failure to timely file its record designation and statement of issues on appeal (the "Designation and Statement") pursuant to Fed. R. of Bankruptcy procedure 8006; Appellee also having moved the Court to sanction Appellant for bringing the appeal, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on December 6, 2013, having rendered its Order granting appellee's motion to dismiss the appeal for lack of a timely record designation and statement of issues on appeal, but denying appellee's motion for sanctions, and directing the Clerk of the Court to close the appeal, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 6, 2013, Appellee's motion to dismiss the appeal is granted for lack of timely record designation and statement of issues on appeal, but Appellee's motion for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York
December 10, 2013

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____